IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-22528 CMB |
| | ) | Chapter 13 |
| Carl I. Leak, Sr. | ) | |
| Eva J. Leak (deceased), | ) | |
| *Debtors* | ) | Docket No. 44 |
| | ) | |
| Carl I. Leak, Sr., | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Capital One N.A. by American InfoSource, | ) | |
| *Respondent* | ) | |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, to wit, this ___2nd___ day of ___October___, 2024, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claims 5 and 6 are

stricken.

_____
Honorable Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/2/24 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA