IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )        Case No. 22-22528 CMB
                                          )        Chapter 7
Carl I. Leak, Sr.                         )
Eva J. Leak (deceased),                   )        Docket No.
    *Debtor*                          )

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the Debtors, Carl and Eva Leak, by and through their attorney, Kenneth Steidl and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. The Debtors were previously residing at 332 Ohio Avenue, Midland, PA 15059.

2. The Debtors are now residing at 1108 7th Avenue, Beaver Falls, PA 15010.

WHEREFORE, the Movants, Carl and Eva Leak, respectfully file this Notice of Change of Address.

    Respectfully submitted,


May 13, 2026                              /s/ Kenneth Steidl_____
DATE                                      Kenneth Steidl, Esquire
                                          Attorney for the Debtors
                                          STEIDL & STEINBERG
                                          436 Seventh Ave, Suite 322
                                          Koppers Building
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          ken.steidl@steidl-steinberg.com
                                          PA I.D. No. 34965