IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-22528 CMB |
| | ) | Chapter 7 |
| Carl I. Leak, Sr. | ) | |
| Eva J. Leak (deceased), | ) | Related to Docket No. 74 |
| *Debtors* | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 13, 2026, a true and correct copy of the *Rescheduled Meeting Notice* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Carl Leak, Sr.
1108 7th Avenue
Beaver Falls, PA 15010

Date of Service: May 13, 2026

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965