**Information to identify the case:**

Debtor 1     Carl I. Leak Sr.
          First Name    Middle Name    Last Name

Debtor 2     Eva J. Leak
(Spouse, if filing)
          First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–0019
EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–0591
EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–22528–CMB

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carl I. Leak Sr.

Eva J. Leak

7/15/26

**By the court:**   Carlota M Bohm
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22528-CMB |
| Carl I. Leak, Sr. | Chapter 7 |
| Eva J. Leak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 15, 2026 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl I. Leak, Sr., Eva J. Leak, 1108 7th Avenue, Beaver Falls, PA 15010-4424 |
| 15576792 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15566248 | + | EmBrooke Inc dba, NorthWest Emergency Medical Services, 366 Helen Street, Mc Kees Rocks, PA 15136-2744 |
| 15566254 | + | Heritage Valley Beaver, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15566255 | + | Heritage Valley Emergency Phys, 1000 Dutch Ridge Road, Beaver, PA 15009-9727 |
| 15566256 | + | Heritage Valley Health System, 200 Ohio River Blvd., 2nd Floor, Baden, PA 15005-1914 |
| 15566259 | | Lendmark Financial Services, 3944 Brodhead Road, Suite 8, Monaca, PA 15061-3029 |
| 15557521 | + | ServiceMaster Center, 150 Peabody Place, Memphis, TN 38103-3700 |
| 15557522 | + | ServiceMaster Center, Attn: Bankruptcy, 150 Peabody Place, Memphis, TN 38103-3700 |
| 15566269 | | Valley Gastrenterology Assoc., 100 Knowlson Ave., Beaver Falls, PA 15010-1634 |
| 15557528 | + | West Aircomm Fcu, P.o. Box 568, Beaver, PA 15009-0568 |
| 15558884 | + | West-Aircomm FCU, 485 Buffalo St, Beaver 15009-2058 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 16 2026 05:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 16 2026 05:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 16 2026 01:42:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | EDI: PRA.COM | Jul 16 2026 05:30:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 16 2026 01:42:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | | EDI: Q3G.COM | Jul 16 2026 05:30:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15566236 | ^ | MEBN | Jul 16 2026 01:40:17 | Allegheny Health Network, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 15557504 | + | EDI: CAPITALONE.COM | Jul 16 2026 05:30:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| 15557503 | + EDI: CAPITALONE.COM | Jul 16 2026 05:30:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
|---|---|---|---|
| 15566239 | + EDI: CAPITALONE.COM | Jul 16 2026 05:30:00 | Capital One / WalMart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15569957 | EDI: CAPITALONE.COM | Jul 16 2026 05:30:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15557508 | + EDI: CCUSA.COM | Jul 16 2026 05:30:00 | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15557505 | + EDI: CCUSA.COM | Jul 16 2026 05:30:00 | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15557512 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 01:55:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15557511 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 01:54:40 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15557513 | Email/Text: ECF@fayservicing.com | Jul 16 2026 01:42:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 15557514 | Email/Text: ECF@fayservicing.com | Jul 16 2026 01:42:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 15557516 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 01:54:52 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15557515 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 01:54:52 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15557517 | Email/Text: bk@lendmarkfinancial.com | Jul 16 2026 01:41:00 | Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 15557518 | Email/Text: bk@lendmarkfinancial.com | Jul 16 2026 01:41:00 | Lendmark Financial Services, Attn: Bankuptcy, 1735 N. Brown Road, Suite 300, Lawrenceville, GA 30014 |
| 15569638 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 01:54:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15557519 | + Email/Text: Bankruptcies@nragroup.com | Jul 16 2026 01:42:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15557520 | + Email/Text: Bankruptcies@nragroup.com | Jul 16 2026 01:42:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 15599831 | EDI: Q3G.COM | Jul 16 2026 05:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15574990 | EDI: Q3G.COM | Jul 16 2026 05:30:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 15557643 | + EDI: PRA.COM | Jul 16 2026 05:30:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15557523 | + EDI: SYNC | Jul 16 2026 05:30:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15557524 | + EDI: SYNC | Jul 16 2026 05:30:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15557525 | + EDI: SYNC | Jul 16 2026 05:30:00 | Synchrony Bank/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15557527 | + Email/Text: bankruptcydepartment@tsico.com | Jul 16 2026 01:42:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15557526 | + Email/Text: bankruptcydepartment@tsico.com | Jul 16 2026 01:42:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, |

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 318 | Total Noticed: 45 |

DE 19850-5273

15574989          ^   MEBN

Jul 16 2026 01:40:43     US Bank Trust National Association et al, Fay
Servicing, LLC, PO Box 814609, Dallas, TX
75381-4609

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quantum3 Group LLC as agent for Sadino Funding LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15566238 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15566237 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15557509 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15557510 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15566243 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15566244 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15566245 | *+ | Credit Collections USA, LLC, Attn: Bankruptcy, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 15557506 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15557507 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15566240 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15566241 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15566242 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Morgantown, WV 26501-7209 |
| 15566247 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15566246 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15566249 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 15566250 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 15566251 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 15566253 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15566252 | *+ | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15566257 | *P++ | LENDMARK FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 15566258 | *P++ | LENDMARK FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services, Attn: Bankuptcy, 1735 N. Brown Road, Suite 300, Lawrenceville, GA 30014 |
| 15566260 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15566261 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 15566262 | *+ | ServiceMaster Center, 150 Peabody Place, Memphis, TN 38103-3700 |
| 15566263 | *+ | ServiceMaster Center, Attn: Bankruptcy, 150 Peabody Place, Memphis, TN 38103-3700 |
| 15566264 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15566265 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15566266 | *+ | Synchrony Bank/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15566268 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15566267 | *+ | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15566270 | *+ | West Aircomm Fcu, P.o. Box 568, Beaver, PA 15009-0568 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2                          User: admin                                    Page 4 of 4

Date Rcvd: Jul 15, 2026                       Form ID: 318                                    Total Noticed: 45

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Brent J. Lemon
> on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
> aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Daniel Philip Jones
> on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
> VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

Eric E. Bononi
> on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com  pa69@ecfcbis.com

Eric E. Bononi
> bankruptcy@bononilaw.com  pa69@ecfcbis.com

Jeffrey Hunt
> on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
> on behalf of Joint Debtor Eva J. Leak julie.steidl@steidl-steinberg.com
> ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
> eidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Kenneth Steidl
> on behalf of Debtor Carl I. Leak  Sr. julie.steidl@steidl-steinberg.com,
> ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
> eidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel
> on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
> VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Steven K. Eisenberg
> on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
> VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 10