**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CARL I. LEAK, SR.<br>EVA J. LEAK<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-22528 CMB<br><br>Document No.: |

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/27/2022 and confirmed on 02/28/2023 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 27,133.75 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,133.75 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,357.83 | |
| Trustee Fee | 1,599.16 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,956.99 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| WEST AIRCOMM FCU<br>Acct: 0019 | 5,564.32 | 2,535.77 | 759.47 | 3,295.24 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2846 | 23,509.91 | 8,110.46 | 7,350.97 | 15,461.43 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2486 | 4,829.81 | 2,920.78 | 1,307.97 | 4,228.75 |
| | | | | 22,985.42 |
| Priority | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CARL I. LEAK, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CARL I. LEAK, SR.<br>Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 2,500.00 | 2,357.83 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2846 | 186.34 | 186.34 | 0.00 | 186.34 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXXX2528 | 5.00 | 5.00 | 0.00 | 5.00 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2486 | 361.80 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2486 | 412.09 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2486 | 426.32 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2486 | 1,862.84 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 2486 | 439.83 | 0.00 | 0.00 | 0.00 |
| | | | | 191.34 |
| Unsecured | | | | |
| ALLEGHENY HEALTH NETWORK<br>Acct: 5992 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 8746 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA<br>Acct: 2901 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA<br>Acct: 7301 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA<br>Acct: 3501 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 8244 | 965.17 | 0.00 | 0.00 | 0.00 |
| EMBROOKE INC DBA NORTHWEST EMER<br>Acct: 8335 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR SA<br>Acct: 1663 | 0.00 | 0.00 | 0.00 | 0.00 |
| HERITAGE VALLEY HEALTH SYSTEM<br>Acct: 6945 | 0.00 | 0.00 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LLC<br>Acct: 2359 | 3,470.18 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY<br>Acct: 6067 | 0.00 | 0.00 | 0.00 | 0.00 |
| SERVICE MASTER<br>Acct: 1524 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 1569 | 541.47 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 3079 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS<br>Acct: 2767 | 0.00 | 0.00 | 0.00 | 0.00 |
| VALLEY GASTROENTEROLOGIST<br>Acct: 586X | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 1876 | 89.15 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 0220 | 180.26 | 0.00 | 0.00 | 0.00 |
| WH BURKLEY LLP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCCALLA RAYMER ET AL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**<br>Acct: 1569 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 23,176.76

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,694.22 |
| SECURED | 33,904.04 |
| UNSECURED | 5.246.23 |

Date: 08/18/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com